

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:              01-14-00551-CV

Style:                        Jeannie Lee

**v**. Kin K. Lee

Date motion filed:        June 16, 2014

Type of motion:          Motion for Leave to Withdraw as Attorney of Record

Party filing motion:      Kimberly M.J. Sims and the law firm of Palter Stokley Sims Wright PLLC, counsel for

appellant

Document to be filed:

Is appeal accelerated?     No

If motion to extend time:
        Original due date:
        Number of previous extensions granted:            Current Due date:
        Date Requested:

Ordered that motion is:

    ☑      Granted

          If document is to be filed, document due:

          ☐      Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐      Denied

    ☐  Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐      Other: _____

Kimberly M.J. Sims and the law firm of Palter Stokley Sims Wright PLLC's motion to withdraw as appellant's counsel is granted. *See* TEX. R. APP. P. 6.5. Counsel Kimberly M.J. Sims is ordered to immediately notify the appellant in writing of all deadlines and settings of which counsel is aware and file a copy of the notice with the Clerk of this Court. *See* TEX. R. APP. P. 6.5(c). The appellate record remains due to be filed in this Court by July 25, 2014. *See* TEX. R. APP. P. 34.1, 35.1.

Judge's signature:   /s/ Terry Jennings
                ☑ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: July 22, 2014

November 7, 2008 Revision